Margaret M. Stanish
WRIGHT STANISH & WINCKLER
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
(702) 382-4004
Attorneys for Thammavongsa

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 2:13-cr-255-JAD-GWF |
| v. ) | |
| SYVILAY THAMMAVONGSA and ) GARREN LEMONIER, ) | |
| Defendants. ) | |

## PROPOSED AMENDED ORDER

An Order granting the Stipulation and Order to Continue the Trial and Motions Dates (First Request) was filed on August 28, 2013. The Motions dates on the Order were inconsistent with the parties stipulation.

IT IS HEREBY ORDERED that the dates for the filing of pretrial motions herein be extended to and including, **October 8, 2013, by the hour of 4:00 p.m.**, within which to file any and all pre-trial motions and notices of defense and that the parties herein shall have to and including, **October 22, 2013, by the hour of 4:00 p.m.** within which to file any and all responsive pleadings and the parties shall have to and including, **October 29, 2013, by the hour of 4:00 p.m.**, within which to file any and all pre-trial motions and notices of defense.

Dated:  August _ 28, 2013.

_____
JENNIFER A. DORSEY
United States District Court Judge